UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANJUAN MEDIA (TIANJIN) CO., LTD. a.k.a. PILOT FILM AND TELEVISION MEDIA (TIANJIN) CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and "JOHN DOES" 1-5,<br><br>Defendants. | Case No.: 1:22-cv-1434-JPO |

### DECLARATION OF JIAN LING ZHAO

I, Jian Ling Zhao, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of People's Republic of China, and I am over the age of 18.

2. I am the president of the plaintiff Wanjuan Media (Tianjin) Co., Ltd. ("Plaintiff" or "Wanjuan Media"), a company organized under the laws of People's Republic of China, and I am fully competent to testify to the matters stated herein.

3. I make and submit this Declaration in opposition to defendants Amazon.Com, Inc., Amazon.Com Services LLL's (collectively as "Defendants" or "Amazon") Motion for Summary Judgment and also submit this Declaration in support of Plaintiff's Cross Motion for Summary Judgment.

4. Plaintiff is a TV show production and distribution company based in Tianjing, China.

1

5. Plaintiff once used the name Pilot Film and Television Media (Tianjin) Co., Ltd. or Paile Film and Tv Media (Tianjin) Co., Ltd., and changed to the current name on January 27, 2021.

6. One of TV Shows produced by Plaintiff is called "General and I" (the name is "孤芳不自赏" in Chinese) (hereinafter referred to as "General and I").

7. On or about April 22, 2015, Plaintiff entered into a "TV Series Joint Production Agreement" (the "Joint Production Agreement") with another Chinese company named Shanghai Croton Culture Media, Co., Ltd. ("Croton Culture") to produce the "General and I" TV show. See **Ex. 6** to Xiang Li Declaration (Dkt. No. 43, hereinafter referred to as "Li Decl.," **Ex. 6** is in Dkt. No. 49-4) in Amazon's moving papers.

8. Under the Joint Production Agreement, Plaintiff owns the copyright of the "General and I" together with Croton Culture. See **Ex. 6** to Li Decl. at p. 11.

9. On or about Feb. 18, 2016, Plaintiff entered into another agreement called "Project Joint Investment, Filing, and Distribution Cooperation Agreement Regarding the TV Series 'General and I'" (the "Joint Distribution Agreement") with Croton Culture and Shanghai Croton Film and TV Media Co., Ltd. (the "Croton Film and TV"). See **Ex. 7** to Li Decl. (Dkt. No. 49-5).

10. The Joint Distribution Agreement is a valid contract because our company (still under the name of Paile Film and TV Media (Tianjin) Co., Ltd. at the time the contract was signed) agreed to it by applying our company's stamp on the signature page of the agreement. I could not recall why I did not sign the Joint Distribution Agreement personally even though my name was identified in the agreement (p.15, P000065), but our company practice has been that the contract is approved by our company as long as the company's stamp or seal is applied.

11.     Under the Joint Distribution Agreement, Croton Culture transferred all its rights (including the copyright and distribution rights) in the "General and I" to Croton Film and TV. See **Ex. 7** to Li Decl. at p. 15 (bates number P000065 or Amazon_Wanjuan_000165).

12.     Provision 5.2 of the Joint Distribution Agreement provides that "Party A and Party B[1] shall be jointly responsible for signing distribution contracts related to the TV Series with external parties, and Party A and B shall each maintain a copy of distribution contracts for their files." *Id.* at p. 19.

13.     Provision 5.1 of the Join Distribution Agreement also provides "Party A shall be responsible for the distribution and communications of the TV Series on new media and overseas media, and Party B shall be responsible for the distribution and communications of the TV Series on traditional media." *Id.* The new media mentioned here primarily means internet or online platforms. The traditional media instead means TV stations.

14.     Subsequently, Croton Film and TV further transferred its rights in the "General and I," including but not limited to the copyright and distribution rights, to another company called Horgos Croton Culture Media Co., Ltd. (the "Horgos Croton"). Such assignment of rights took place before March 7, 2016 because Horgos Croton entered into a distribution agreement for the Chinese market with a third party company[2] on March 7, 2016 as a co-owner of the "General and I" (the "LeTV Distribution Agreement"). See **Exhibit A** to Kevin K. Tung's Declaration (the "Tung Decl.").

---

[1] Party A is Croton Film and TV and Party B is Paile Film and TV Media (Tianjin) Co., Ltd. (later called Wanjuan Media since January 27, 2021) under the Joint Distribution Agreement. See **Ex. 7** to Li Decl. at p. 15 (bates number P000065 or Amazon_Wanjuan_000165).

[2] Tibet LeTV Information Technology Co., Ltd. (the "LeTV")

15. In the LeTV Distribution Agreement, Wanjuan Media approved this agreement by applying its stamp on the signature page and no additional signature was provided. See **Ex. A** to Tung's Decl. at p. 18 (bates no. P000094). Under the LeTV Distribution Agreement, the distribution of the "General and I" in the Chinese market was worth about ¥ 450,000,000 RMB (about $65,345,238 USD in current rate). *Id.* at p. 24 (bates no. AMAZON_WANJUAN_000183).

16. And on September 28, 2017, Horgos Croton and Paile Film and TV Media (Wanjuan Media) entered into a settlement agreement (the "Settlement Agreement") with LeTV and its affiliated companies to resolve disputes arising out of the LeTV Distribution Agreement. See **Exhibit B** to Tung Decl. Again, parties approved this Settlement Agreement by applying their corporate stamps and no party provided additional signatures except Horgos Croton. *Id.* at p. 10 (bates no. P000113).

17. Around March 2016, Wanjuan Media also contacted and located a traditional TV station[3] to distribute the "General and I" within the Chinese market. See **Exhibit C** to Tung Decl. Wanjuan Media entered into a distribution agreement with this TV station and Wanjuan Media notified and sent a copy of the distribution agreement to Croton Film and TV and Horgos Croton. Under such distribution agreement, the distribution right of the "General and I" through this TV station in Chinese market was worth about ¥228,000,000 RMB (about $33,110,657 USD in current rate). See **Exhibit C** to Tung Decl. at p. 13 (bates nos. AMAZON_WANJUAN_000196)

18. The "General and I" was first published in China in January 2017. Horgos Croton and Pilot (or Paile) Film and Television Media (Tianjin) Co., Ltd. were identified as the co-production companies at the ending page of the "General and I." See **Exhibit F** to Tung Decl.

---

[3] Satellite TV Channel of Hunan Radio and Television Station. (the "Hunan TV Station")

19. Before May 2021, the LeTV Distribution Agreement was the only distribution agreement related to the new media that Wanjuan was aware of. Because the Joint Distribution Agreement requires Paile Film and TV Media (Wanjuan Media) and Croton Film and TV jointly sign all the distribution agreements and keep copies of them, Wanjuan Media had no reason to suspect that Croton Film and TV had any distribution relationship with other new media or overseas media and failed to notify Wanjuan Media about such distribution.

20. Therefore, Wanjuan Media did not realize Amazon distributed the "General and I" on its Prime Video platform until May 2021, when a friend of mine told me that the "General and I" was on Amazon's platform.

21. Wanjuan Media did not receive any income distribution from Croton Culture, Croton Film and TV, or Horgos Croton for the distribution of the "General and I" on Amazon's Prime Video Platform.

22. After it became aware of Amazon's illegal distribution, Wanjuan Media hired attorneys to conduct investigations and took screenshots of the Amazon Prime Video pages containing information about "General and I." (the "Amazon Screenshots"). See **Exhibit D** to Tung Decl.

23. As the Court can see in the Amazon Screenshots, not only images from all 62 episodes of the "General and I" were displayed on Amazon Prime Video's website, but also there are customers reviews and comments dated as late as November 2020 depicting in the screenshots. See **Exhibit D** to Tung Decl. at pp. 15-16.

24. On September 17, 2021, Wanjuan Media's attorneys sent out a warning letter to Amazon regarding the infringement of Wanjuan Media's copyright in the "General and I" and

5

demanded that Amazon remove all "General and I" related contents from its Prime Video platform. See **Ex. 8** to Li Decl. (Dkt. No. 43-8).

25. On October 4, 2021, Wanjuan Media's attorneys received an email response from Amazon stating that "Following your Notice of Copyright Infringement dated September 17, 2021, this message is to inform you that **as of October 4, 2021**, the title: 'Gufang Bu Zishang' is no longer available to stream, rent or purchase on Prime Video." (Emphasis added). See **Exhibit A** to Katherine Bransten's declaration (the "Bransten Decl."). "Gufang Bu Zishang" is a transliteration of "孤芳不自赏", which is translated as "General and I."

26. In this litigation, Amazon produced an agreement with the title of "Deal Memo" between Shanghai Croton Culture Media, Co., Ltd. ("Croton Culture") and DramaFever Corp. ("DramaFever"). The Deal Memo was dated December 22, 2016. See **Ex. 2** to Li Decl. (Dkt. No. 49-1).

27. The Deal Memo was signed by representatives of both Croton Culture and DramaFever. Croton Culture also approved this agreement by applying its corporate stamp on the signature page. See *Id.*

28. Croton Culture had no rights to sign the Deal Memo with DramaFever on December 22, 2016 because Croton Culture had transferred all its rights in the "General and I" to Shanghai Croton Film and TV Media Co., Ltd. (the "Croton Film and TV") on or about February 18, 2016 and Croton Film and TV later transferred its rights in the "General and I" to Horgos Croton Culture Media Co., Ltd. (the "Horgos Croton") before March 7, 2016.

29. I have been in the TV show and film production industry for more than 10 years. I am very familiar with the distribution price of TV series. Because the "General and I" is a historical/costume TV show and has a high-quality production and a strong cast (including several

6

famous Chinese actresses and actors), we were able to sign the LeTV Distribution Agreement, which was worth about ¥ 450,000,000 RMB (about $65,345,238 USD in current rate).

30. The Chinese costume TV shows are also popular in the U.S. market, having a distribution price ranging from $600,000 to $1,500,000 per episode, depending on the production quality and the popularity of the cast. And the Chinese costume TV shows normally can distribute at a higher price in the U.S. market than the Chinese market.

31. The "General and I" has 62 episodes in total. If the "General and I" had been distributed through regular channels in the U.S. market, unlike the unauthorized distribution on Amazon's Prime Video platform, it could have earned more than 38 million USD distribution fees at the least.

32. From Amazon representative's deposition in this case, I learned that Amazon did not conduct any due diligence on DramaFever's distribution rights or license regarding the "General and I" before Amazon entered into distribution agreement with DramaFever. If Amazon had done any due diligence, it would have been easy to find out that Horgos Croton was a co-owner of the copyright in the "General and I," instead of Croton Culture, and that Pilot (or Paile) Film and Television Media (Tianjin) Co., Ltd. was another owner of the copyright. See **Exhibit F** to Tung Decl.

Executed on April 21, 2023.

                                                  <u>Signature</u>
                                                  By: Jian Ling Zhao
                                                  President of Plaintiff Wanjuan Media (Tianjin) Co., Ltd.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WANJUAN MEDIA (TIANJIN) CO., LTD. a.k.a. PILOT FILM AND TELEVISION MEDIA (TIANJIN) CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and "JOHN DOES" 1-5, <br><br> Defendants. | Case No.: 1:22-cv-1434-JPO |

**赵建玲声明**

我，赵建玲，在了解以下事项的情况下，根据美国法律声明以下内容是真实和正确的：

1. 我是中华人民共和国居民，年满 18 岁。

2. 本人为原告万卷传媒（天津）有限公司（"原告"或"万卷传媒"）的总裁，一家根据中华人民共和国法律组建的公司，我完全有能力就此声明中所述事项作证。

3. 我做出并提交本声明是为了反对被告 Amazon.Com, Inc.以及 Amazon.Com Services LLC（统称为"被告"或"亚马逊"）的简易判决动议，并提交本声明以支持原告的简易判决交叉动议。

4. 原告是一家位于中国天津的电视节目制作和发行公司。

1

5. 原告曾使用派乐影视传媒（天津）有限公司或 Paile 影视传媒（天津）有限公司的名称，并于 2021 年 1 月 27 日更改为当前名称。

6. 原告制作的电视节目之一名为《孤芳不自赏》（以下简称《孤芳不自赏》）。

7. 原告于 2015 年 4 月 22 日前后与另一家名为上海克顿文化传媒有限公司（「克顿文化」）的中国公司订立「电视剧联合制作协议」（「联合制作协议」），以制作《孤芳不自赏》电视节目。见 Xiang Li 声明（第 43 号文件，以下简称《Li 声明》）中附件 6。"**附件 6** 是亚马逊动议中的第 49-4 号文件。

8. 根据联合制作协议，原告与克顿文化共同拥有"孤芳不自赏"的版权。见 Li 声明中附件 6，第 11 页。

9. 在 2016 年 2 月 18 日前后，原告与克顿文化、上海克顿影视传媒有限公司（"克顿影视"）订立了另一份名为《关于电视剧《孤芳不自赏》的项目联合投资、备案和发行合作协议》（"联合发行协议"）。见 Li 声明中**附件 7**（第 49-5 号文件）。

10. 联合发行协议是有效的合同，因为我们公司（在签订联合发行协议时仍以派乐影视传媒（天津）有限公司的名义）通过在协议的签名页上盖上我们公司的印章来同意本协议。我不记得为什么我没有亲自签署联合发行协议，尽管协议中注明了我的名字（第 15 页，P000065 号文件），但我们公司的做法是，只要使用公司的印章或盖章，合同就算得到了我们公司的批准。

2

11. 根据联合发行协议，克顿文化将其在《孤芳不自赏》中的所有权利（包括版权和发行权）转让给克顿影视。见 Li 声明中**附件 7，**第 15 页（编号 P000065 或 Amazon_Wanjuan_000165 号文件）。

12. 《联合发行协议》第 5.2 条规定："甲乙双方[1]共同负责与外界签订与电视剧相关的发行合同，甲乙双方各保存一份发行合同副本进行存档。"*同上，见第 19 页。*

13. 《联合发行协议》第 5.1 条还规定："甲方负责电视剧在新媒体和海外媒体上的发行和传播，乙方负责电视剧在传统媒体上的发行和传播。这里提到的新媒体主要是指互联网或在线平台。传统媒体指的是电视台。

14. 随后，克顿影视进一步将其在《孤芳不自赏》中的权利，包括但不限于版权和发行权，转让给另一家名为霍尔果斯克顿文化传媒有限公司的公司（"霍尔果斯克顿"）。该等权利转让发生在 2016 年 3 月 7 日之前，因为霍尔果斯克顿于 2016 年 3 月 7 日作为"孤芳不自赏"的共同所有人与第三方公司[2]签订了针对于中国市场的发行协议（"乐视发行协议"）。见董克文声明（"董声明"）中**附件 A**。

15. 在乐视发行协议中，万卷传媒通过在签名页上盖章认可了该协议，并未提供额外签名。见董声明中**附件 A**, 第 18, 35 页（编号 P000094;AMAZON_WANJUAN_000194 号文件）。根据乐视发行协议，"孤芳不自赏"在中国市场的发行价值大概 4.5 亿元人民币

---

[1] 《联合发行协议》中，甲方是克顿影视，乙方是派乐影视传媒（天津）有限公司 (后来在 2021 年 1 月 27 日改名为万卷传媒)。见 Li 声明中**附件 7，**第 15 页（编号 P000065 或 Amazon_Wanjuan_000165 号文件）。

[2] 西藏乐视信息科技有限公司（"乐视"）

3

（按当前汇率计算约为 65,345,238 美元）。*同上*，第 24 页（编号 AMAZON_WANJUAN_000183 号文件）。

16. 在 2017 年 9 月 28 日，霍尔果斯克顿、派乐影视传媒（万卷传媒）与乐视网及其关联公司订立和解协议（「和解协议」），以解决因乐视发行协议而产生的争议。见董声明中**附件 B**。同样，各方通过盖上其公司印章批准了该和解协议，除了霍尔果斯克顿之外，没有其他缔约方提供额外的签名。*同上*，第 10，19 页（编号 P000113; AMAZON_WANJUAN_000213 号文件）。

17. 2016 年 3 月前后，万卷传媒还联系并找到了一家传统电视台[3]，在中国市场发行《孤芳不自赏》。见董声明中**附件 C**。万卷传媒与该电视台签订了发行协议，万卷传媒通知并发送了发行协议的副本给克顿影视和霍尔果斯克顿。根据该发行协议，《孤芳不自赏》通过该电视台在中国市场的发行权价值大概 2.28 亿元人民币（按当前汇率约合 33,110,657 美元）。见董声明中**附件 C**，第 13 页（编号 AMAZON_WANJUAN_000196 号文件）

18. 《孤芳不自赏》于 2017 年 1 月在中国首次发行。霍尔果斯克顿和派乐（或 Paile）影视传媒（天津）有限公司在《孤芳不自赏》的片尾页被标识为联合制作公司。见董声明中**附件 F**。

19. 在 2021 年 5 月之前，乐视发行协议是万卷传媒所知道的唯一与新媒体相关的发行协议。由于联合发行协议要求派乐影视传媒（万卷传媒）与克顿影视共同签署所有

---

[3] 湖南广播电视台卫星电视频道.（"湖南电视台"）

发行协议并保留副本，万卷传媒没有理由怀疑克顿影视与其他新媒体或海外媒体存在任何发行关系，克顿影视并未通知万卷传媒有关此类发行事宜。

20. 因此，万卷传媒直到 2021 年 5 月才意识到亚马逊在其 Prime Video 平台上发行了"孤芳不自赏"，当时我的一个朋友告诉我，"孤芳不自赏"在亚马逊的平台上。

21. 对于在亚马逊 Prime 视频平台上发行"孤芳不自赏"，万卷传媒没有从克顿文化、克顿影视或霍尔果斯克顿获得任何收入分配。

22. 在意识到亚马逊的非法发行后，万卷传媒聘请律师进行调查，并截取了亚马逊 Prime 视频页面的屏幕截图，其中包含有关"孤芳不自赏"的信息。（"亚马逊屏幕截图"）。见董声明中**附件 D**。

23. 正如法院在亚马逊屏幕截图中所看到的那样，亚马逊 Prime 视频网站上不仅显示了"孤芳不自赏"的所有 62 集的图像，而且屏幕截图中还含有最晚至 2020 年 11 月的客户评论。见董声明中**附件 D**，第 15、17 页。

24. 2021 年 9 月 17 日，万卷传媒律师就万卷传媒在《孤芳不自赏》中的版权被亚马逊侵权向亚马逊发出警告信，要求亚马逊从其 Prime Video 平台下架所有与"孤芳不自赏"相关的内容。见 Li 声明中**附件 8**（第 43-8 号文件）。

25. 2021 年 10 月 4 日，万卷传媒的律师收到亚马逊的电子邮件回复，称"在您于 2021 年 9 月 17 日发出版权侵权通知后，此消息通知您，**到 2021 年 10 月 4 日为止**，标题:'孤芳不自赏'不再在 Prime Video 上流传、出租或购买。"（着重号另加）。见凯瑟琳·布兰斯滕声明中**附件 A**（"布兰斯滕声明"）。"孤芳不自赏"是"孤芳不自赏"的音译，译为"孤芳不自赏。"

5

26. 在此次诉讼中，亚马逊提供了一份在上海克顿文化传媒有限公司和 DramaFever Corp.（"DramaFever"）之间达成的名为"交易备忘录"的协议。交易备忘录的日期为 2016 年 12 月 22 日。见 Li 声明中**附件 2**（第 49-1 号文件）。

27. 交易备忘录由克顿文化和 DramaFever 的代表签署。克顿文化还通过在签名页上贴上其公司印章来批准该协议。见 *同上*。

28. 克顿文化无权于 2016 年 12 月 22 日与 DramaFever 签署交易备忘录，因为克顿文化已于 2016 年 2 月 18 日前后将其在《孤芳不自赏》中的所有权利转让给上海克顿影视传媒有限公司（"克顿影视"）（见 Li 声明中**附件 7**，第 15 页（编号 P000065 或 Amazon_Wanjuan_000165 号文件）），而克顿影视后来在 2016 年 3 月 7 日前将其在《孤芳不自赏》中的权利转让给霍尔果斯克顿文化传媒有限公司（以下简称"霍尔果斯克顿"）。见董声明中**附件 A**。

29. 我在电视节目和电影制作行业工作了 10 多年。我对电视剧的发行价格非常熟悉。因为《孤芳不自赏》是一部历史/古装电视剧，而且是一部高质量的制作，拥有强大的演员阵容（包括几位中国著名女演员和男演员），所以我们能够签署价值大概 4.5 亿人民币（按当前汇率约合 65,345,238 美元）的乐视发行协议。

30. 中国古装电视节目在美国市场也很受欢迎，发行价格从每集 600,000 美元到 1,500,000 美元不等，具体取决于制作质量和演员阵容的受欢迎程度。而中国古装电视节目在美国市场发行通常要比在中国市场发行获得更高的价格。

31. 《孤芳不自赏》一共 62 集。如果《孤芳不自赏》通过美国市场的正规渠道发行，与亚马逊 Prime Video 平台上未经授权的发行不同，它可以至少获得超过 3800 万美元的发行费。

32. 从亚马逊代表在本案中的证词中，我了解到，在亚马逊与 DramaFever 签订发行协议之前，亚马逊没有对 DramaFever 关于"孤芳不自赏"的发行权或许可权进行任何尽职调查。如果亚马逊做了任何尽职调查，亚马逊将很容易了解到霍尔果斯克顿是"孤芳不自赏"版权的共同所有者，而不是克顿文化，以及派乐（或 Paile）影视传媒（天津）有限公司是该版权的另一个所有者。见董声明中附件 F。

2023 年 4 月 21 日签署

作者：赵建玲　　　　　　　　　_Jian Ling ZHAO_
原告万卷传媒（天津）有限公司总裁

2023年4月21日

# Certificate of Translation

I, Jiajie Cao, hereby certify that I am competent to translate from Chinese Language into English Language, that I translated and checked the documents listed below from Chinese into English completely and accurately, and that the translation has been done to the best of my knowledge and ability.

The documents translated are:
- Declaration of Jian Ling Zhao
- Exhibit F to Kevin K. Tung's Declaration (Ending Page of TV Show)

Dated: April 21, 2023

Translator: /s/ Jiajie Cao
Jiajie Cao