UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANJUAN MEDIA (TIANJIN) CO., LTD. a.k.a. PILOT FILM AND TELEVISION MEDIA (TIANJIN) CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and "JOHN DOES" 1-5,<br><br>Defendants. | Case No.: 1:22-cv-1434-JPO |

**DECLARATION OF KEVIN K. TUNG**

I, **KEVIN K. TUNG**, having personal knowledge of the matters set forth below, declare and state the following:

1. I am over the age of eighteen years; I am competent to give this statement and do so based upon my personal knowledge.

2. I am a partner with the law firm of KEVIN KERVENG TUNG, P.C. I am one of the attorneys for the plaintiff Wanjuan Media (Tianjin) Co., Ltd. ("Plaintiff" or "Wanjuan Media"). I have been admitted to practice in this district court.

3. This Declaration is based on my personal knowledge and a review of documents created and maintained by our firm in the ordinary course of business.

4. I respectfully submit this Declaration in opposition to defendants Amazon.Com, Inc. and Amazon.Com Services LLC's (collectively as "Defendants" or "Amazon") Motion for

1

Summary Judgment and also submit this Declaration in support of Plaintiff's Cross Motion for Summary Judgment.

5. Attached hereto as **Exhibit A** is a true and accurate copy of the distribution agreement entered by Horgos Croton Culture Media Co., Ltd. (the "Horgos Croton"), Paile Film and TV Media (Tianjin) Co., Ltd. (later called "Wanjuan Media"), and Tibet LeTV Information Technology Co., Ltd. (the "LeTV").

6. Attached hereto as **Exhibit B** is a true and accurate copy of the settlement agreement among Horgos Croton, Paile Film and TV (Wanjuan Media) and LeTV.

7. Attached hereto as **Exhibit C** is a true and accurate copy of a distribution agreement between Wanjuan Media with Satellite TV Channel of Hunan Radio and Television Station (the "Hunan TV Station").

8. Attached hereto as **Exhibit D** is a true and accurate copy of the screenshots taken by Wanjuan Media's attorneys of the Amazon Prime Video pages containing information about "General and I."

9. Attached hereto as **Exhibit E** is a true and accurate copy of excerpts of the Rule 30(b)(6) deposition of Amazon taken in this case on February 28, 2023 ("Amazon 30(b)(6) Deposition").

10. Attached hereto as **Exhibit F** is a true and accurate copy of the ending page of the "General and I."

Dated: Queens, New York
April 21, 2023

Respectfully submitted,

**KEVIN KERVENG TUNG, P.C.**
*Attorneys for Plaintiff*

*/s/ Kevin K. Tung*
By: Kevin K. Tung, Esq.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633
ktung@kktlawfirm.com