Exhibit C to Kevin K. Tung's Declaration

Slip Sheet Only

**<u>DOCUMENTS SOUGHT TO BE SEALED</u>**