**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WANJUAN MEDIA (TIANJIN) CO., LTD. a.k.a.
PILOT FILM AND TELEVISION MEDIA (TIANJIN)
CO., LTD.,

                Plaintiff,
  -against-                                      22 **CIVIL** 1434 (JPO)

                                                        **JUDGMENT**

AMAZON.COM, INC., AMAZON.COM SERVICES
LLC, and "JOHN DOES' 1-5,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2024, Defendants' motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

    March 8, 2024

                                                        **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                          **BY:**         *K. Mango*

                                                           **Deputy Clerk**